**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HERBERT G. NEWTON,** | : | |
| | : | Case No. 2:20-cv-2691 |
| **Plaintiff,** | : | |
| | : | **CHIEF JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Deavers** |
| **ANDREW SAUL, Commissioner of Social Security** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter coming before the Court on the Joint Motion for Attorney's Fee Pursuant to the Equal Access to Justice Act **IT IS THEREFORE ORDERED THAT**:

1. The Parties' Joint Motion for an Award of Attorney's Fees under the Equal Access to Justice Act ("EAJA") is accepted and the Commissioner shall pay Plaintiff's attorney fees in the amount of $4,400.00 (four thousand four hundred dollars), and costs in the amount of $0.00, for a total of $4,400.00 (four thousand four hundred dollars); and

2. Counsel for the parties shall verify whether Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010). If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and 3. The case remains terminated on the docket of this Court.

The Joint Motion for Attorney Fees is **GRANTED**. (ECF No. 26).

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  August 18, 2021**